**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In Re:                                                                                Chapter 13

Donna Marie Monaco                                               Case Number 8-09-bk-07179-CPM

      Debtor
_____/

**TRUSTEE'S MOTION TO DISMISS FOR**
**FAILURE TO COMPLY WITH ORDER CONFIRMING PLAN**

    JON M. WAAGE, the Chapter 13 Standing Trustee, hereby moves for the entry of an Order of Dismissal, without prejudice, and in support thereof would state as follows:

    1. The current Debtor's Petition for Relief under Chapter 13 of the Bankruptcy Code was filed on April 13, 2009.

    2. On November 19, 2009 the Court entered an Order Confirming the Debtor's Plan. The Order Confirming Plan provided in part that the Debtor must commit all tax returns and refunds to the plan each year during the applicable plan period beginning with tax year 2009.

    3. On or around **September 22**, **2010, June 1, 2011** and again on **August 30, 2011** the office of the Chapter 13 Trustee requested via U.S. Mail the Debtor's 2009 and 2010 tax return, to date we have not received copies of the Debtor's tax returns.

    WHEREFORE, the Trustee respectfully requests that the Court enter an Order of Dismissal, without prejudice, together with such other and further relief as the Court deems just and proper.

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished, electronically and/or by U.S. Mail, to **Donna Marie Monaco,** 5901 Mangrove Street North, St. Petersburg, Florida 33702 and **Timothy M. Grogan, Esquire,** 4900 Manatee Avenue West, Suite 101, Bradenton, Florida 34209 this 12th day of October 2011.

                                                   /s/ Jon M. Waage
                                                 Jon M. Waage
                                                 Chapter 13 Standing Trustee
                                                 Post Office Box 25001
                                                 Bradenton, Florida 34206-5001
                                                 Phone:  (941) 747-4644
                                                 FAX:    (941) 750-9266

JMW/br                                                                                C13T 10/12/11